## Statement
## SYLVAN LEARNING CENTER (sylvan)
## 140TH & CENTER STREETS

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 01/31/10 | Rent Charges (01/22/2010-01/31/2010) | 3741.53 | | 3,741.53 |
| 01/31/10 | CAM (01/22/2010-01/31/2010) | 410.10 | | 4,151.63 |
| 01/31/10 | Insurance (01/22/2010-01/31/2010) | 64.37 | | 4216.00 |
| 01/31/10 | R/E Taxes (01/22/2010-01/31/2010) | 742.25 | | 4,958.25 |
| 02/01/10 | Rent Charges (02/2010) | 11,224.58 | | 16,182.83 |
| 02/01/10 | CAM (02/2010) | 1,230.30 | | 17,413.13 |
| 02/01/10 | Insurance (02/2010) | 193.11 | | 17,606.24 |
| 02/01/10 | R/E Taxes (02/2010) | 2,226.74 | | 19,832.98 |
| 03/01/10 | Rent Charges (03/2010) | 11,224.58 | | 31,057.56 |
| 03/01/10 | CAM (03/2010) | 1,230.30 | | 32,287.86 |
| 03/01/10 | Insurance (03/2010) | 193.11 | | 32,480.97 |
| 03/01/10 | R/E Taxes (03/2010) | 2,226.74 | | 34,707.71 |
| 03/18/10 | Payment | | 12,647.99 | 22,059.72 |

**This statement does not include:**
Prior amounts due
Late charges
Interest

422333