IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK10-80177 |
| | ) | CHAPTER 11 |
| RICH LEARNING SYSTEMS, INC., | ) | |
| | ) | |
| Debtor. | ) | |

**STATUS REPORT REGARDING MOTION FOR RELIEF FROM STAY FILED BY 140TH STREETS, LLC**

COMES NOW 140th & Center Streets, L.L.C., ("Landlord"), by and through its attorney of record, hereby makes the following status report in the above referenced case.

Following the April 5, 2010 hearing before the court, Debtor has made a single payment, in the amount of $12,647.99, against the post-petition debt owed to Landlord. This amount is less than the monthly total for rent, CAM, insurance and real estate taxes by an amount of $2,226.74. At present, post-petition debt is delinquent in the amount of $24,286.46.

Debtor has stated, through its counsel, that a check was sent to Landlord in February in the amount of $12,647.99. This check was not received by Landlord and, based upon information from Debtor's counsel, has not been cashed. No replacement check has been provided.

Additionally, per diem amounts for twenty (20) days in January of $495.83 have not been paid.

Debtor stands behind the assertion that total amounts outstanding are $24,286.46 based upon total monthly charges of $14,874.73. From mathematical calculations, it appears that Debtor asserts that it is not responsible for assessments related to real estate taxes. However, payments are delinquent far in excess of any such position regarding property taxes. If requested, Landlord is able to present to this court both the contractual basis for and mathematical computations of Debtor's tax obligation under the Lease Agreement between the parties.

RESPECTFULLY SUBMITTED BY:

       140th & CENTER STREETS, L.L.C.,
Creditor


By: /s/ Mark J. LaPuzza
Mark J. LaPuzza #22677
Pansing Hogan Ernst Bachman LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
(402) 397-5500
Fax : (402) 397-4853
Email: mjlbr@pheblaw.com
ITS ATTORNEY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2010, I caused filing of the foregoing with the Clerk of the U.S. Bankruptcy Court for the District of Nebraska using the CM/ECF system.

    /s/ Mark J. LaPuzza
Mark J. LaPuzza