IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. BK10-80177-TJM |
| | ) | |
| RICH LEARNING SYSTEMS, INC., | ) | |
| | ) | CH. 11 |
| Debtor(s) | ) | |

ORDER

Hearing was held in Omaha, Nebraska, on April 5, 2010, regarding Filing #26, Motion for Relief from Stay, filed by 140th & Center Streets, L.L.C., and Filing #42, Resistance, filed by the debtor. David Hicks appeared for the debtor and Mark LaPuzza appeared for 140th & Center Streets, L.L.C.

The court deferred ruling on the motion for relief filed by the debtor's landlord until the cash collateral issues were resolved. An order has been entered at Filing #68 approving the stipulation for the use of cash collateral and adequate protection filed by the debtor and Mutual First Federal Credit Union. Therefore, the motion for relief from the automatic stay is ripe.

1. By May 14, 2010, the debtor shall replace the check payable to the landlord for the February rent.

2. By May 14, 2010, the debtor shall cure the post-petition pro rata rent delinquency for January covering the petition date through the last day of the month.

3. By May 14, 2010, the debtor shall make the rent payment for the month of May in at least the base rent amount.

4. By May 14, 2010, the debtor shall pay the post-petition CAM charges, real estate tax charges, and any other miscellaneous fees which are in dispute, or file an adversary proceeding or appropriate motion to bring the disputed issue before the court.

5. Failure to perform any of the actions listed above will result in relief from the stay being granted upon request of the movant.

SO ORDERED.

DATED:    May 4, 2010

BY THE COURT:

/s/ Timothy J. Mahoney
United States Bankruptcy Judge

Notice given by the Court to:
    David Hicks    *Mark LaPuzza
    U.S. Trustee

Movant (*) is responsible for giving notice of this order to all other parties not listed above if required by rule or statute.